**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**TYISHA NELSON**                                                          **PLAINTIFF**

**v.**                              **CASE NO. 2:24-CV-00180-BSM**

**MARIO BROWN**                                                          **DEFENDANT**
Individually and in his Official Capacity

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 2nd day of March, 2026.


_____
UNITED STATES DISTRICT JUDGE